UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| BRIAN L. PORTER and | ) | |
| DAWN R. PORTER | ) | Case No. 10-47297 |
| | ) | Chapter 13 |
| Debtor(s) | ) | |

**NOTICE OF HEARING ON MOTION TO AMENDED CHAPTER 13 PLAN: MARCH 3, 2011 at 11:00 a.m., Thomas F. Eagleton Courthouse, 111 S. Tenth St.,Ctrm 7N, St. Louis, MO  63102**

**MOTION TO AMEND CHAPTER 13 PLAN**

COME NOW Debtors BRIAN L. PORTER and DAWN R. PORTER by and through counsel Charles W. Taylor of Charles W. Taylor, P.C. and for their Motion to Amend Plan state to the Court as follows:

1. That the debtors First Amended Chapter 13 Plan calling for payments in the amount of $822.00 per month for sixty (60) months was confirmed on September 13, 2010.

2. That the debtors are current on their plan payments at this time.

3. That debtor Brian L. Porter has been out of work since November 29, 2010.  He began receiving unemployment compensation on December 11, 2010 in the amount of $320.00 per week.  See attached Exhibit 1, Debtor's last paycheck stub and Exhibit 2, Current Statement of Unemployment Benefits.

4. Meanwhile, debtor Dawn R. Porter is receiving virtually the same rate of pay now as she was receiving in June of 2010 when debtors first filed their Chapter 13 Bankruptcy case.  See Exhibit 3, debtor's paycheck stub dated June 25, 2010 and Exhibit 4, debtor's paycheck stubs dated December 30, 2010, January 7, 2011 and January 14, 2011.

5. That filed herewith is the debtors' Second Amended Chapter 13 Plan removing the previous guarantee of $13,440.00 to the unsecured creditors and lowering the plan payments from $822.00 per month to $610.00 per month. The Second Amended Plan does call for the payment to US Bank for the motor vehicle of $29,126.71 total with interest as per their claim filed with the Court on January 24, 2011.

6. That also filed herewith are debtors' Amended Schedules I and J reflecting their new proposed budget.

WHEREFORE for good cause shown, Debtors respectfully pray this Court to grant the debtors' Motion to Amend Chapter 13 Plan and confirm the debtors' Second Amended Plan and for other orders the Court deems just and appropriate in the premises.

Respectfully submitted,

CHARLES W. TAYLOR, P.C.

/s/ Charles W. Taylor
Charles W. Taylor Fed Id 81443
MO Bar #42547
400 N. Fifth St., Ste. 110
St. Charles, MO 63301
Phone 636-947-7100
Fax 636-947-7123
Email taylorpc@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing was mailed or sent electronically this  27th  day of  January , 2011 to the following:

Mr. John V. LaBarge
P.O. Box 430908
St. Louis, MO 63143-3800

/s/ Julie Huber